**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1883**
_____

KEVIN ROBERTSON,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant – Appellee,

and

RICHARD M. KREMEN,

Trustee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.    William D.  Quarles, Jr., District Judge.  (1:13-cv-02553-WDQ)

_____

Submitted:  January 22, 2015           Decided:  January 26, 2015

_____

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kevin Robertson, Appellant Pro Se.   Jonathan D. Carroll, Bruce R. Ellisen, John Schumann, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Robertson appeals the district court's order affirming the bankruptcy court's order dismissing his complaint challenging certain tax collection activities by the Internal Revenue Service. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Robertson v. United States</u>, No. 1:13-cv-02553-WDQ (D. Md. July 30, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>